UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARIA ROSARIO POWDRILL,**

   Plaintiff,

v.   No. 4:22-cv-0670-P

**RACETRAC PETROLEUM,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on August 22, 2022:

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **22nd day** of **August 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE